GARY M. RESTAINO
United States Attorney
District of Arizona

ABBIE BROUGHTON MARSH
Assistant U.S. Attorney
California State Bar No. 226680
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona  85004
Telephone:  602-514-7500
Abbie.Broughton.Marsh@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No.  CR22-00259-PHX-DLR |
|---|---|
| Plaintiff, | |
| vs. | **UNITED STATES' PROPOSED STATEMENT OF CASE AND SUPPLEMENTAL QUESTIONS FOR JURY QUESTIONNAIRE** |
| Cervantes, et. al, | |
| Defendant. | |

**Proposed Statement of the Case**

In this case, the defendants are charged with Conspiracy to Engage in the Outbound Smuggling of Firearms from the United States and Making False Statements to Acquire Firearms.

The United States alleges that the defendants were not licensed firearms dealers or brokers during the period charged in the Indictment. The defendants are charged with federal crimes related to their conduct including purchasing firearms at the direction of others, including false statements regarding the true purchaser of the firearms, and illegally exporting and smuggling firearms to the true purchasers and end users who resided in Mexico.

The defendants have entered pleas of not guilty to the crimes charged in the indictment and are presumed innocent unless the United States proves the crimes charged beyond a reasonable doubt.

**Proposed Jury Questionnaire Questions**

The United States has no objection to any questions in the questionnaire included in the Order in Doc. 105.

The United States proposes the following additional questions:

1. Do you have experience with the forms used to purchase firearms—including the Firearms Transaction Record known as ATF form 4473?

2. Have you traveled to Mexico from the United States at a land port of entry, by car or on foot (not by plane)? If so, how often?

Respectfully submitted this 26th day of June, 2023.

GARY RESTAINO
United States Attorney
District of Arizona

*s/Abbie Broughton Marsh*
ABBIE BROUGHTON MARSH
Assistant U.S. Attorney